TO: The Honorable Judge, Gregory M Sleet.
United States District Court
844 N. King St. Unit 18
Wilm, DE, 19801

Case #
1:15-cv-00523-GMS

**FILED**
AUG 14 2015
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

From: Marcus Robinson
308892  19-D-4-7
1181 Paddock Rd
Smyrna DE, 19977

I would like to inform you Mr. Sleet that my case has been assigned to you it's the case Robinson vs West well I have been told by staff here in the Prison that if I pursue to go forward with this case against Ms. West that the staff will allow other inmates to Rape me & Do Physical harm to me and administration will make sure I spend at least 2yrs or more in the SHU units the staff are Sgt. Gill and Corporal Cupid they forced me to write the Clerk and lie to the Clerk and say that I did not have the money to continue on with the case so I did because I fear for my life with staff threatening me & Blackmailing me to do these things or (else.....) I can't go to the staff in the prison and Report it because obviously they know whats going on because the warden is envolved in the suit also Mr. Sleet please..... I beg you & your Courts to lead me in the right Direction I fear for my life and I'm in Danger Sir and yes I want to continue with my case but I don't want any harm to come my way, so I would highly appreciate it if you would Respond.

308892   19-D-4-7

I/M Marcus Robinson Jr.

SBI# 308892  UNIT 19-D-4-7

**JAMES T. VAUGHN CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE 19977**

Legal mail

TO: Judge Gregory M. Sleet
District Court
844. N. King St. Unit 18
Wilm DE 19801

1980183570