TO: U.S. District Court
From: Marcus L. Robinson JR. (308892) 21-B-4-12
Date: 1-3-16
RE: Balance Check on filing fee.

FILED
JAN 07 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I would like to know if you can tell me my Remaining Balance on my filing fee for Case number DDEX115CV000523 Marcus L. Robinson V. West ET AL because the institution has been taking 20% of my funds every month and I would like the Remaining balance so, I can get my wife or Mom to pay the Remaining Balance so if you don't mine please Respond back to me it would be greatly appreciated

X Marcus L. Robinson JR
(308892) 21-B-4-12

Account #
CT DEX 024 010

Case number #
DDEX115CV000523

Mr. Marcus L. Robinson Jr.
SBI# 308592   UNIT 21-B-U-12
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 JAN 2016 PM 4 L

FILED
JAN 07 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY

Legal mail

TO: U.S. District Court
Lock Box #18
844. N. King St.
Wilm DE, 19801

1980183570